# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| BILLY RUSSELL DAMPIER, JR., ) | Case No. 14-24526 HRT |
| ) | Chapter 7 |
| Debtor. ) | |
| _____ ) | |
| ) | |
| MEDICAL LIEN MANAGEMENT, INC. and ) | |
| CREDIT INVESTMENTS, INC., ) | Adversary Proceeding No. |
| ) | 15-01028  HRT |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| BILLY RUSSELL DAMPIER, JR., ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR SUSPENSION OF ADVERSARY PROCEEDING PENDING COMPLETION OF STATE LAWSUIT

MEDICAL LIEN MANAGEMENT, INC. and CREDIT INVESTMENTS, INC., by and through their undersigned counsel, Sender Wasserman Wadsworth, P.C., and for their Motion for Suspension of Adversary Proceeding Pending Completion of State Court Litigations, states and alleges as follows:

### PARTIES AND BACKGROUND

1. Plaintiff, Medical Lien Management, Inc. ("MLM"), is a Colorado corporation with its principle place of business in Jefferson County, Colorado.

2. Plaintiff, Credit Investments Inc. ("CII"), is a Colorado Corporation with its primary place of business in Jefferson County, Colorado (together, MLM and CII shall be referred to herein as "Plaintiffs").

3. Defendant Billy Russell Dampier, Jr. ("Defendant") is an individual who resides in Jefferson County, Colorado.

4. Defendant filed for relief under Chapter 7 of the Bankruptcy Code on or about October 27, 2014.

5. Plaintiffs are creditors of Defendant

6. Plaintiffs and Defendant are engaged in litigation pending in the Jefferson County District Court, titled *Medical Lien Management, et al v. Monica Dampier, f/k/a Monica Koch, et al* Case No. 2013CV332029 ("State Lawsuit"). The State Lawsuit was set for a jury trial to commence on November 17, 2014.

7. Defendant filed for relief under Chapter 7 of the Bankruptcy Code prior to the jury trial.

8. On January 12, 2015, this Court enter an Order Granting CII and MLM relief from the automatic stay to proceed forward with the State Lawsuit "but not to seek to enforce any judgment creditors Medical Lien Management, Inc., and Credit Investments, Inc. may obtain against the debtor personally or the post-petition property."

## ARGUMENT

9. Plaintiffs sought to obtain a consensual agreement with Defendant to extend the deadline to object to discharge/dischargeability of debt until after the completion of the State Lawsuit. Defendant declined this offer.

10. Pursuant to 11 U.S.C. § 305,

the court, after notice and a hearing, may … suspend all proceedings in a case under this title, at any time if – the interests of creditors and the debtor would be better served by such … suspension.

11. Under 11 U.S.C. § 105(a),

The court may issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of this title.

12. 28 U.S.C. § 1334(c)(1), further provides:

Nothing in this section prevents a district court in the interest of justice, or in the interest of comity with State courts or respect for State law, from abstaining from hearing a particular proceeding arising under title 11 or arising in or related to a case under title 11.

13. The within adversary proceeding should be suspended or otherwise held in abeyance consistent with 11 U.S.C. §§ 105(a) and 305 and 28 U.S.C. § 1334(c)(1), to allow the State Lawsuit to move forward consistent with the granting of the relief from automatic stay to liquidate the claims subject to review by the Bankruptcy Court as to the dischargeability of those claims liquidated in the State Lawsuit.

WHEREFORE Plaintiffs respectfully request this Court's Order holding the within adversary proceeding in suspense until a final and non-appealable judgment is rendered in the State Lawsuit, at which time, the Plaintiffs shall notify this Court of the disposition of the State Lawsuit and request that this matter be taken out of suspense, and for such other and further relief as is just and appropriate under the circumstances.

Dated this 20th day of January, 2015.

Respectfully submitted,
SENDER WASSERMAN WADSWORTH, P.C.

*/s/ Robert D. Lantz*
Robert D. Lantz, #30825
1660 Lincoln Street, Suite 2200
Denver, Colorado 80264
(303) 296-1999; (303) 296-7600 (fax)
rlantz@sww-legal.com

**UNITED STATES BANKRUPTCY COURT**

## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| BILLY RUSSELL DAMPIER, JR., ) | Case No. 14-24526 HRT |
| ) | Chapter 7 |
| Debtor. ) | |
| _____ ) | |
| ) | |
| MEDICAL LIEN MANAGEMENT, INC. and ) | |
| CREDIT INVESTMENTS, INC., ) | |
| ) | Adversary Proceeding No. |
| Plaintiffs, ) | 15-01028 HRT |
| ) | |
| v. ) | |
| ) | |
| BILLY RUSSELL DAMPIER, JR., ) | |
| ) | |
| Defendant. ) | |

### ORDER GRANTING MOTION FOR SUSPENSION OF ADVERSARY PROCEEDING PENDING COMPLETION OF STATE LAWSUIT

THIS MATTER having come before the Court on Plaintiffs' Motion for Suspension of Adversary Proceeding Pending Completion of State Lawsuit (the "Motion"), and the Court having reviewed and considered the Motion and any responses or objections thereto, and being fully advised on the premises hereby

ORDERS that the Motion is GRANTED. The within Adversary Proceeding shall be suspended pending the disposition of *Medical Lien Management, et al v. Monica Dampier, f/k/a Monica Koch, et al* Case No. 2013CV332029 ("State Lawsuit").

IT IS FURTHER ORDERED that Plaintiffs shall file a Status Report with the Bankruptcy Court on or before **July 1, 2015** and on the first of each quarter thereafter as to the status of the State Lawsuit. Upon final disposition of – and any and all appeals related to – the State Lawsuit, the Plaintiff shall, within **forty (40)** days of the disposition of the State Lawsuit file a pleading with this Court regarding the disposition of the case and the need for any further adjudication.

IT IS FURTHER ORDERED that the Plaintiffs may serve the Defendant with the Adversary Proceeding at this time, however, the time to answer or otherwise respond shall be stayed pending notification that the case should be re-set for further adjudication, at which time the Defendant shall be notified of the date to answer or otherwise respond to the Complaint.

DATED this \_\_\_\_ day of January, 2015.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE