UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| BILLY RUSSELL DAMPIER, JR., | ) | Case No. 14-24526 HRT |
| | ) | Chapter 7 |
| Debtor. | ) | |
| | ) | |
| MEDICAL LIEN MANAGEMENT, INC. and | ) | |
| CREDIT INVESTMENTS, INC., | ) | Adversary Proceeding No. |
| | ) | 15-01028 HRT |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BILLY RUSSELL DAMPIER, JR., | ) | |
| | ) | |
| Defendant. | ) | |

## STATUS REPORT

MEDICAL LIEN MANAGEMENT, INC. and CREDIT INVESTMENTS, INC., by and through their undersigned counsel, Sender Wasserman Wadsworth, P.C., for their Status Report, states and alleges as follows:

1. Billy Dampier and Ms. Dampier are defendants in a lawsuit pending in the Jefferson County District Court, titled *Medical Lien Management, et al v. Monica Dampier, f/k/a Monica Koch, et al*, Case No. 2013CV332029 ("State Lawsuit").

2. On February 19, 2015, this Court entered an Order Granting Motion for Suspension of Adversary Proceeding Pending Completion of State Lawsuit.

3. The Court directed that the Plaintiffs file quarterly reports on the status of the

State Lawsuit.[1]

4.  The State Lawsuit is set for jury trial during the week of July 27, 2015. It is anticipated that the trial will be completed during this week.

Dated this 21st day of July, 2015.

Respectfully submitted,

SENDER WASSERMAN WADSWORTH, P.C.

*/s/ Robert D. Lantz*
Robert D. Lantz, #30825
1660 Lincoln Street, Suite 2200
Denver, Colorado 80264
(303) 296-1999; (303) 296-7600 (fax)
rlantz@sww-legal.com
Attorneys for the Trustee

### CERTIFICATE OF SERVICE

The undersigned certifies that on July 21, 2015 true and correct copies of the **STATUS REPORT** were served via first-class, United States mail, postage prepaid, on the following:

Billy Russell Dampier, Jr.
9548 W. 89th Circle
Westminster, CO 80021

*/s/ Christine M. Farris*
For Sender Wasserman Wadsworth, PC

---

[1] Plaintiffs' inadvertently calendared the report filing date incorrectly. However, this pleading is filed to comport with the Court's Order.