# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| BILLY RUSSELL DAMPIER, JR., ) | Case No. 14-24526 HRT |
| ) | Chapter 7 |
| Debtor. ) | |
| _____) | |
| ) | |
| MEDICAL LIEN MANAGEMENT, INC. and ) | |
| CREDIT INVESTMENTS, INC., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Adversary Proceeding No. |
| v. ) | 15-01028-HRT |
| ) | |
| BILLY RUSSELL DAMPIER, JR., ) | |
| ) | |
| Defendant. ) | |

## MOTION TO REINSTATE ADVERSARY PROCEEDING

MEDICAL LIEN MANAGEMENT, INC. and CREDIT INVESTMENTS, INC., by and through their undersigned counsel, Sender Wasserman Wadsworth, P.C., and for their Motion to Reinstate Adversary Proceeding against BILLY RUSSELL DAMPIER, JR., state and allege as follows:

1. Billy Russell Dampier, Jr. ("Defendant") filed for relief under Chapter 7 of the Bankruptcy Code on or about October 27, 2014.

2. On or about January 20, 2015, Medical Lien Management, Inc. and Credit Investments, Inc. ("Plaintiffs") filed the within adversary proceeding against Defendant.

3. Thereafter, the Summons was issued and served on Defendant.

4. The Plaintiffs sought suspension of this proceeding pending certain state court litigation.

5. The state court litigation has concluded and all that remains is a declaration from this Court that a certain Restitution Judgment is nondischargeable.

6. The Plaintiffs seek this Court's reinstatement of this matter out of an abundance of caution, notwithstanding (a) the fact that Defendant has acknowledged that the Restitution Judgment is nondischargeble by note responding to Plaintiffs' Motion for Court Order Pursuant to 11 U.S.C. § 3652(b)(1) Determining the Automatic Stay Does not Apply, or, In the Alternative, that Relief from the Automatic Stay Be Granted Pursuant to 11 U.S.C. § 362(d)(1) and (2) to Allow Plaintiffs to Execute on the State Restitution Judgment and (b) the fact that the Defendant has acknowledged the Restitution Judgment by admissions in the state court litigation.

WHEREFORE Plaintiffs respectfully request that this matter be reinstated and proceed accordingly.

Dated this 20th day of January, 2016.

Respectfully submitted,

COAN, PAYTON & PAYNE, LLC

*/s/ Robert D. Lantz*
Robert D. Lantz, #30825
999 18th Street
South Tower, Suite S1500
Denver, Colorado 80202
Tel: (303) 861-8888
rlantz@cp2law.com
Attorneys for the Trustee

**CERTIFICATE OF MAILING**

    The undersigned certifies that on January 20, 2016, I served by prepaid first class mail a copy of the Motion to Reinstate Adversary Proceeding on all parties pursuant to the Fed. R. Bankr. P. and the L.B.R. at the following addresses:

Billy Russell Dampier, Jr.
9548 W. 89th Circle
Westminster, CO 80021

                */s/ Amber Wyatt*
                For Coan, Payton & Payne, LLC